UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  ROBERT D BURKE
Debtor(s)                                                                                           CASE NO: 19-90399-AKM-13

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Joseph M. Black, Jr., gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the Debtor(s) have completed all payments under the Plan.

**Part 1:  Mortgage Information**

**Name of Creditor**: US BANK NATIONAL ASSOCIATION
**Court Claim#:**  006
**Last four digits** of any number used to identify the Debtor account: 6329
**Property Address:**   6206 Aurora Ave, Charlestown, IN

**Part 2:  Cure Amount**

Total cure disbursements made by the Trustee:

| | | |
|---|---|---|
| a. | Allowed Pre-petition Arrearage: | $11351.46 |
| b. | Prepetition arrearage paid by the Trustee or Prepetition arrearage resolved by a loan modification: | $11351.46 $ |
| c. | Amount of Post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $450.00 |
| d. | Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the Trustee | $450.00 |
| e. | Allowed Post-petition arrearage: | $2,034.68 |
| f. | Post-petition arrearage paid by the Trustee | $2,034.68 |
| g. | Total. Add lines b, d, and f. | $13,836.14 |

**Part 3:  Post-petition Mortgage Payment**

Mortgage is paid through the Trustee.                            X
Current monthly mortgage payment.                                                                   $1,019.43

The next post-petition payment is due on:                                                        August 2022

Mortgage is paid directly by the Debtor(s).

**Part 4: A Response Is Required By Bankruptcy rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the Trustee within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

Dated: August 5, 2022

                                        Respectfully Submitted

                                        /s/ Joseph M. Black, Jr.
                                        Joseph M. Black, Jr., Trustee
                                        PO Box 846
                                        Seymour, IN 47274
                                        Phone: (812)524-7211
                                        Fax:    (812)523-8838
                                        Email: jblacktrustee@trustee13.com

CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2022, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

RICHARD A SCHWARTZ  rickaschwartz@gmail.com
U.S. Trustee              ustpregion10.in.ecf@usdoj.gov
Jessica S Owens     bankruptcy@doylelegal.com
S. Brent Potter     bankruptcy@doylefoutty.com

      I further certify that on August 5, 2022, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

ROBERT D BURKE
6206 AURORA AVE
CHARLESTOWN, IN 47111-

US BANK NATIONAL ASSOCIATION
RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 55004
IRVINE, CA 92619-2708

                                        /s/ Joseph M. Black, Jr.
                                        Joseph M. Black, Jr., Trustee