**Fill in this information to identify the case:**

Debtor 1   Robert D. Burke

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern    District of    IN
                                                                      (State)

Case number   19-90399-AKM-13

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges       12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1

**Name of creditor:** WEI Mortgage LLC            **Court Claim no.** (if known)   6

**Last 4 digits of any number you use to identify the debtor's account:**   2154

**Does this notice supplement prior notice of postpetition fees, expenses, and charges?**

[x] No
[ ] Yes. Date of last notice _____

### Part 1   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. . If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | |
| 2. Non-sufficient funds (NSF) fees | | (2) | |
| 3. Attorney Fees | | (3) | |
| 4. Filing fees and court costs | | (4) | |
| 5. Bankruptcy/Proof of claim fees | Proof of Claim – 5/28/19 | (5) | $300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | |
| 7. Property inspection fees | | (7) | |
| 8. Tax advances (non-escrow) | | (8) | |
| 9. Insurance advances (non-escrow) | | (9) | |
| 10. Property preservation expenses. Specify: | | (10) | |
| 11. Other. Specify: Attorney Fee for Plan Review | 4/12/19 | (11) | 150.00 |
| 12. Other. Specify: | | (12) | |
| 13. Other. Specify: | | (13) | |
| 14. Other. Specify: | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2         **Notice of Postpetition Mortgage Fees, Expenses, and Charges**         Page 1
                                                                                                    248

| | | |
|---|---|---|
| Debtor 1 | Robert D. Burke | Case Number (if known) 19-90399-BHL-13 |
| | First Name  Middle Name  Last Name | |

## Part 2: Sign Here

The person completing this Notice Must sign it.  Sign and print your name and title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.**

X  /s/ Jessica S Owens      Date  9/10/2019
   Signature

Print:    Jessica S. Owens       Title  Attorney for Creditor
         First Name  Middle Name  Last Name

Company:  Doyle & Foutty, P.C

Address:  41 E Washington Street, Suite 400
         Number  Street

         Indianapolis       IN       46204
         City              State    ZIP Code

Contact Phone  (317) 264-5000        Email  bankruptcy@doylefoutty.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been served upon the following electronically or by first class, United States mail, postage prepaid or electronic mail, on the date of filing in the United States Bankruptcy Court:

Richard A. Schwartz, 3339 Taylorsville Road, Louisville, KY 40205, Rickaschwartz@gmail.com
Joseph M. Black, Jr., P.O. Box 846, Seymour, IN 47274, jmbecf@trustee13.com
U.S. Trustee, 101 W. Ohio Street, Ste. 1000, Indianapolis, IN 46204

By /s/ Jessica S Owens
Attorneys for WEI Mortgage LLC
Doyle & Foutty, P.C.
41 E Washington Street, Suite 400
Indianapolis, IN 46204
Phone: (317) 264-5000
Fax: (317) 264-5400
Email: bankruptcy@doylefoutty.com

S. Brent Potter (10900-49)
Tina M. Caylor (30994-49)
David M. Johnson (30354-45)
Alan W. McEwan (24051-49)
Matthew L. Foutty (20886-49)
Maura E. Binder (34314-22)
Craig D. Doyle (4783-49)
Jessica S. Owens (26533-49)
DOYLE & FOUTTY, P.C.
41 E Washington St., Suite 400
Indianapolis, IN 46204
Phone: 317-264-5000
Fax: 317-264-5400