**Fill in this information to identify the case:**

Debtor 1: Robert D. Burke

Debtor 2: 
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of IN
(State)

Case number: 19-90399-AKM-13

# Official Form 410S1
## Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of creditor:** Freedom Mortgage Corporation

**Court Claim no.** (if known): 6

**Last 4 digits of any number you use to identify the debtor's account:** 1838

**Date of payment change:** Must be at least 21 days after date of this notice — August 1, 2021

**New total payment:** Principal, interest, and escrow, if any — $1,019.43

### Part 1   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - [ ] No
   - [x] Yes. Attach a copy of the escrow account statement prepared I a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $356.08     **New escrow payment:** $359.52

### Part 2   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - [x] No
   - [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3   Other payment change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - [x] No
   - [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     *(Court approval may be required before the payment change can take effect.)*
     Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

Debtor1     Robert D. Burke                                             Case number (if known)     19-90399-AKM-13
            First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.**

X

Signature: /s/ Jessica S Owens            Date: 6/29/2021

Print: Jessica S Owens            Title: Attorney for Creditor
       First Name    Middle Name    Last Name

Company: Doyle & Foutty, P.C.

Address: 41 E. Washington St., Suite 400
         Number    Street

Indianapolis            IN            46204
City                    State         ZIP Code

Contact Phone: 317-264-5000            Email: bankruptcy@doylefoutty.com

74

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the following electronically or by first class, United States mail, postage prepaid or electronic mail, on the date of filing in the United States Bankruptcy Court:

Robert D. Burke, 6206 Aurora Ave, Charlestown, IN 47111
Richard A. Schwartz, Kruger & Schwartz, 3339 Taylorsville Road, Louisville, KY 40205, Rickaschwartz@gmail.com
Joseph M. Black, Jr., P.O. Box 846, Seymour, IN 47274, jmbecf@trustee13.com
U.S. Trustee, Office of the U.S. Trustee, 101 W. Ohio St. Ste. 1000, Indianapolis, IN 46204, ustpregion10.in.ecf@usdoj.gov

By /s/ Jessica S Owens
Attorneys for Freedom Mortgage Corporation
Doyle & Foutty, P.C.
41 E Washington Street, Suite 400
Indianapolis, IN 46204
Phone: (317) 264-5000
Fax: (317) 264-5400
Email: bankruptcy@doylefoutty.com

S. Brent Potter (10900-49)
Tina M. Caylor (30994-49)
David M. Johnson (30354-45)
Alan W. McEwan (24051-49)
Matthew L. Foutty (20886-49)
Maura E. Binder (34314-22)
Craig D. Doyle (4783-49)
Jessica S. Owens (26533-49)
DOYLE & FOUTTY, P.C.
41 E Washington St., Suite 400
Indianapolis, IN 46204
Phone: 317-264-5000
Fax: 317-264-5400



**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

### Escrow Account Disclosure Statement

**Account Information**

| | |
|---|---|
| Loan Number: | |
| Property Address: | 6206 AURORA AVE<br>CHARLESTOWN IN 47111 |
| Statement Date: | 06/14/2021 |
| Current Payment Amount: | $1,015.99 |
| **New Payment Amount:** | **$1,019.43** |
| **New Payment Effective Date:** | **08/01/2021** |

ROBERT D BURKE
6206 AURORA AVE
CHARLESTOWN IN 47111-9059

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent escrow analysis. you have a surplus of $573.84. A surplus check in the amount of $573.84 to be printed and mailed in a separate document.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current. Once your account is current, it is your responsibility to contact Freedom Customer Care at (855) 690-5900 to request the release of any surplus when the status of your account changes.

| | |
|---|---|
| Projected Minimum Balance | $1,135.50 |
| - Required Minimum Balance | $561.66 |
| Surplus | $573.84 |

The required minimum balance is also known as the escrow cushion. The required minimum balance or escrow cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.

### PART 1

**Your Mortgage Payment**

Payment information beginning with your 08/01/2021 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $659.91 | $659.91 |
| Escrow Payment: | $356.08 | $359.52 |
| **Total Payment:** | **$1,015.99** | **$1,019.43** |

**NOTICE:** Freedom Mortgage Corporation is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.



## Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | $0.00 |
| Aug 2020 | $0.00 | $0.00 | | $0.00 |
| Sep 2020 | $0.00 | $0.00 | | $0.00 |
| Oct 2020 | $0.00 | $0.00 | | $0.00 |
| Nov 2020 | $0.00 | $0.00 | | $0.00 |
| Dec 2020 | $0.00 | $0.00 | | $0.00 |
| Jan 2021 | $0.00 | $0.00 | | $0.00 |
| Feb 2021 | $0.00 | $0.00 | | $0.00 |
| Mar 2021 | $0.00 | $0.00 | | $0.00 |
| Apr 2021 | $0.00 | $0.00 | | $0.00 |
| Apr 2021 | $0.00 | $0.00 | | $0.00 |
| May 2021 | $0.00 | $0.00 | | $0.00 |
| Jun 2021 | $0.00 | $0.00 | | $0.00 |
| Jul 2021 | $0.00 | $0.00 | | $0.00 |
| **Total** | **$0.00** | **$0.00** | | |

### Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | ($2,454.83) |
| Aug 2020 | $0.00 | $0 00 | | ($2,454.83) |
| Sep 2020 | $0.00 | $0 00 | | ($2,454.83) |
| Oct 2020 | $352.14 | $897 00 * | | ($2,999.69) |
| Nov 2020 | $352.14 | $78 69 * | | ($2,726.24) |
| Dec 2020 | $704.28 | $78 69 * | | ($2,100.65) |
| Jan 2021 | $352.14 | $78 69 * | | ($1,827.20) |
| Feb 2021 | $352.14 | $78 69 * | | ($1,553.75) |
| Mar 2021 | $352.14 | $78 69 * | | ($1,280.30) |
| Apr 2021 | $352.14 | $78 69 * | | ($1,006.85) |
| Apr 2021 | $0.00 | $957 00 | COUNTY TAX | ($1,963.85) |
| May 2021 | $352.14 | $78 69 * | | ($1,690.40) |
| Jun 2021 | $356.08 | $78 69 * | | ($1,413.01) |
| Jul 2021 | $0.00 | $0 00 | | ($1,413.01) |
| **Total** | **$3,525.34** | **$2,483.52** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on Escrow which is not estimated.

LOAN NUMBER

(This section intentionally left blank)

**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

### Escrow Account Disclosure Statement

| Account Information | Page 2 |
|---|---|
| Loan Number: | |
| Property Address: | 6206 AURORA AVE CHARLESTOWN IN 47111 |
| Statement Date: | 06/14/2021 |
| Current Payment Amount: | $1,015.99 |
| New Payment Amount: | $1,019.43 |
| New Payment Effective Date: | 08/01/2021 |

ROBERT D BURKE
6206 AURORA AVE
CHARLESTOWN IN 47111-9059

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---:|
| HOMEOWNERS | $1,456.00 |
| FHA MORTGAGE INSURANCE | $944.28 |
| COUNTY TAX | $1,914.00 |
| **Total Disbursements** | **$4,314.28** |

Freedom expects to pay $4,314.28 over the next 12 months.
Here's how to calculate your new monthly escrow payment:

| | |
|---|---:|
| Total Disbursements: | $4,314.28 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$359.52** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---:|---:|---|---:|---:|
| | | | Beginning Balance | $2,425.18 | $1,851.34 |
| Aug 2021 | $359.52 | $78.69 | FHA MORTGAGE INSURANCE | $2,706.01 | $2,132.17 |
| Sep 2021 | $359.52 | $1,456.00 | HOMEOWNERS | $1,609.53 | $1,035.69 |
| Sep 2021 | $0.00 | $78.69 | FHA MORTGAGE INSURANCE | $1,530.84 | $957.00 |
| Oct 2021 | $359.52 | $78.69 | FHA MORTGAGE INSURANCE | $1,811.67 | $1,237.83 |
| Nov 2021 | $359.52 | $78.69 | FHA MORTGAGE INSURANCE | $2,092.50 | $1,518.66 |
| Nov 2021 | $0.00 | $957.00 | COUNTY TAX | $1,135.50 | $561.66 * |
| Dec 2021 | $359.52 | $78.69 | FHA MORTGAGE INSURANCE | $1,416.33 | $842.49 |
| Jan 2022 | $359.52 | $78.69 | FHA MORTGAGE INSURANCE | $1,697.16 | $1,123.32 |
| Feb 2022 | $359.52 | $78.69 | FHA MORTGAGE INSURANCE | $1,977.99 | $1,404.15 |
| Mar 2022 | $359.52 | $78.69 | FHA MORTGAGE INSURANCE | $2,258.82 | $1,684.98 |
| Apr 2022 | $359.52 | $78.69 | FHA MORTGAGE INSURANCE | $2,539.65 | $1,965.81 |
| May 2022 | $359.52 | $78.69 | FHA MORTGAGE INSURANCE | $2,820.48 | $2,246.64 |
| May 2022 | $0.00 | $957.00 | COUNTY TAX | $1,863.48 | $1,289.64 |
| Jun 2022 | $359.52 | $78.69 | FHA MORTGAGE INSURANCE | $2,144.31 | $1,570.47 |
| Jul 2022 | $359.52 | $78.69 | FHA MORTGAGE INSURANCE | $2,425.14 | $1,851.30 |
| | $4,314.24 | $4,314.28 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 — What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $573.84. Federal Law requires that any surplus of $50.00 or greater must be returned to you within 30 days from the date of analysis.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

LOAN NUMBER: